April 3, 1975.

M. P. No. 1911. JANET G. SWANSON et al. v. ISRAEL MOSES, Esquire. Motion to vacate the order of disbarment is assigned to the May 1975 calendar for oral argument on the motion. Roberts, C. J. is of the opinion the motion should be denied. Israel Moses, respondent, pro se.

M. P. No. 75-64. HENRI PAUL et ux. v. ALFRED A. FORTIER et al. Petition for writ of certiorari granted. Gunning, LaFazia & Gnys, Inc., Edward P. Sowa, Jr., Patricia Ryan Recupero, for plaintiffs-respondents. Zimmerman, Roszkowski & Brenner, Gerald M. Brenner, for defendants-petitioners.

M. P. No. 75-71. ROBERT RESNICK v. ROBERT D'AMICO. Petition for writ of certiorari denied. Letts, Quinn & Licht, Alan S. Flink, Joseph DeAngelis, for plaintiff-respondent. Pucci & Goldin, Samuel A. Olevson, for defendant-petitioner.

APPEAL No. 73-164. GARY HONE, p.p.a. v. LAKESIDE SWIM-MING POOL & SUPPLY COMPANY et al. Petition to reargue denied. James M. Shannahan, for plaintiff. Joseph V. Cavanagh, for defendants.

APPEAL No. 75-19. JULIUS MANEKOFSKY et al. v. GUIDE REALTY, INC. et al. Motion of defendant Sidney L. Rabinowitz to affirm the judgment of the Superior Court pursuant to Rule 16(g) and his motion to dismiss the appeal are denied without prejudice to his right to renew the motions at the hearing on the merits. Doris, J. is of the opinion that the motion to dismiss should be granted for noncompliance with Rule 10(b). Samuel A. Olevson, for plaintiffs. Coleman B. Zimmerman, for defendant Sidney L. Rabinowitz.

April 7, 1975.

C. A. No. 73-278. STATE v. JOHN EUART. No cause having been shown in response to the order entered on February 20,